UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUTIERREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>F. FOULK,<br><br>　　　　Respondent. | No. 2:13-cv-1972 AC P<br><br><br><br>ORDER |

　　　Petitioner proceeds on a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Respondent filed an answer on January 15, 2014. Petitioner filed a notice of a change of address dated January 29, 2014, indicating that he had been transferred. See ECF No. 17. As the answer was served at petitioner's old address, High Desert State Prison, petitioner is likely not to have received the answer. Therefore, IT IS HEREBY ORDERED that:

　　　1. Respondent is directed to re-serve a copy of the answer upon petitioner at his new address, CSP-Corcoran, within seven (7) days, and to file proof of re-service thereof. See ECF No. 17; and

////

////

////

////

2. Petitioner is granted thirty days from the date of re-service of the answer to file a traverse.

DATED: February 19, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE